**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−10130−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Emily A. Steigerwald
   2169 South Manor Drive
   Erie, PA 16505

Social Security No.:
   xxx−xx−1963

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor − Gulf Tower<br>Pittsburgh, PA 15219<br>Telephone number:  412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 6, 2023<br>11:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>June 6, 2023<br>11:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/2/23

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-10130-CMB

Emily A. Steigerwald  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 3
Date Rcvd: May 02, 2023 Form ID: rsc13 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768 |
| 15581822 | + | AHN, 120 Fifth Avenue, Suite 2900, Pittsburgh, PA 15222-3002 |
| 15581823 | | Associated Clinical Laboratories, 89 North Street North St. Plaza, Meadville, PA 16335 |
| 15581826 | + | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15581830 | + | Patrick Brinker, 2130 Glendale Avenue, Erie, PA 16510-1226 |
| 15585790 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. United States Court, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15581825 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 03 2023 00:05:12 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15581824 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 03 2023 00:05:33 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15594081 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 03 2023 00:05:32 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 15584291 | | Email/Text: kslater@eriefcu.org | May 02 2023 23:49:00 | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 15585783 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2023 23:49:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15581827 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2023 23:50:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15581828 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2023 23:50:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15581829 | ^ | MEBN | May 02 2023 23:48:25 | KML Law Group, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15590512 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2023 23:49:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15581832 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2023 23:49:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: rsc13 | Total Noticed: 20 |

| 15581831 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2023 23:49:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15581833 | + | Email/Text: BankruptcyNotice@upmc.edu | May 02 2023 23:50:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15585778 | *+ | AHN, 120 Fifth Avenue, Suite 2900, Pittsburgh, PA 15222-3002 |
| 15585779 | * | Associated Clinical Laboratories, 89 North Street North St. Plaza, Meadville, PA 16335 |
| 15585781 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15585780 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15585782 | *+ | Erie Water Works, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15585784 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15585785 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15585786 | *+ | KML Law Group, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15590513 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15585789 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15585788 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15585787 | *+ | Patrick Brinker, 2130 Glendale Avenue, Erie, PA 16510-1226 |
| 15585791 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Emily A. Steigerwald julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1  User: auto  Page 3 of 3
Date Rcvd: May 02, 2023  Form ID: rsc13  Total Noticed: 20

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 4