IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Emily A. Steigerwald, | ) | Bankruptcy No. 23-10130-CMB |
|    Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 26 & 27 |
| Emily A. Steigerwald, | ) | |
|    Movant | ) | Hearing Date and Time: |
| | ) | July 13, 2023 at 1:30PM |
| v. | ) | |
| | ) | |
| Jefferson Capital Systems, LLC, | ) | |
|    Respondent(s) | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 6

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 6 filed on May 24, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 6 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 6 were to be filed and served no later than June 23, 2023.

    It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 6 be entered by the Court.

    Respectfully submitted,

June 26, 2023           /s/Lauren M. Lamb
Date:           Lauren M. Lamb, Esquire
         Attorney for the Debtor
         STEIDL & STEINBERG
         2830 Gulf Tower
         707 Grant Street
         Pittsburgh, PA  15219
         (412) 391-8000
         PA I. D. No.  209201
         llamb@steidl-steinberg.com