IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Emily A. Steigerwald, | ) | Case No. 23-10130 |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Emily A. Steigerwald, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-6132 | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Visiting Nurse Association of Erie County | ) | |
| and Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on July 19 2023, a true and correct copy of the *Amended Order to Pay Trustee* and *Notification of Debtor`s Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee            Emily A. Steigerwald
VIA ECF MAIL                                   VIA E-MAIL

Visiting Nurse Association of Erie County
Attn: Payroll Dept.
2253 West Grandview Boulevard
Erie, PA 16506

Date of Service: July 19, 2023          /s/Lauren M. Lamb
                                                    Lauren M. Lamb, Esquire
                                                    Attorney for the Debtor
                                                    Steidl & Steinberg, P.C.
                                                    707 Grant Street, Suite 2830
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    PA.I.D. No. 209201
                                                    llamb@steidl-steinberg.com