```
                                                              SIGNED
                                                              8/8/23 2:56 pm
        IN THE UNITED STATES BANKRUPTCY COURT                 CLERK
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA              U.S. BANKRUPTCY
                                                              COURT - WDPA
```

| In re: | : | Case No.: | 23-10130-JCM |
|---|---|---|---|
|  | : |  |  |
| Emily A. Steigerwald | : | Chapter: | 13 |
|  | : |  |  |
| *Debtor(s).* | : |  |  |
|  | : | Date: | 8/8/2023 |
|  | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**    #12 Contested Plan Confirmation Hearing Re: Chapter 13 Plan Dated 03/28/2023 (Atty. Lauren Lamb to appear by Video in PGH)

#39 Objection by Chapter 13 Trustee

**APPEARANCES:**
Debtor: Lauren M. Lamb (Video)
Trustee: James Warmbrodt (Video)

**NOTES:**

Warmbrodt:    This was a contested conciliation due to Debtor's failure to appear at three scheduled 341 Meetings of Creditors. I would note for the court that the Debtor has been making plan payments. There is a wage attachment that has been remitting. We need the 341 to take place because we have questions about the schedules. We believe the delay is prejudicial to creditors.

Lamb:    I directed Ms. Steigerwald to be here today, so she can show the court she is serious about this case. She is a hospice nurse, so she has run into work issues that have prevented her from attending the 341 meeting. I told her she needs to be present if there is a fourth scheduled 341 Meeting of Creditors.

**OUTCOME:**    The clerk's office is directed to reschedule a 341 Meeting of Creditors for the next available date.