# PROCEEDING MEMO

**Date: 08/02/2023 01:30 pm**

**In re:   Jessica N. Cyphert**

**Bankruptcy No. 18-20912-CMB**
**Chapter: 13**
**Doc. # 78**

**Appearances:  Kate DeSimone**
**Shawn Wright, Esq.**

**Nature of Proceeding: #78 Continued Motion to Dismiss Case**

**Additional Pleadings: #82 Debtor's Response**
**#83 Proceeding memo dated 6/14/2023**
**#84 Text Order rescheduling hearing to 8/2/2023**

**Outcome:  Hearing held.  Order entered.  Motion denied at this time.  Case sent to conciliation on August 31, 2023 at 1:30 p.m.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
8/3/23 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA