UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 18-20912-cmb |
| Jessica N. Cyphert, | : | |
| Debtor | : | Chapter 13 |
| Jessica N. Cyphert, | : | |
| Movant | : | Related to Doc. No. 86 |
| Vs. | : | |
| MidFirst Bank & | : | **ENTERED BY DEFAULT** |
| Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

## FINAL MORTGAGE MODIFICATION ORDER

On July 11, 2023, the above named Debtor and Respondent, MidFirst Bank ("Creditor") entered into a final modification (the "Final Modification"), **OUTSIDE OF the Court's** *Loss Mitigation Program* **(LMP),** with respect to the First mortgage on the Debtor's residence. The terms of the Modification require monthly payments in the amount of $1,748.18 with the first payment due on July 1, 2023 and to continue in that amount for each month therefore until further notice of court.

**AND NOW,** this 2nd **day of** August , 20 23, for the foregoing reasons it is hereby *ORDERED, ADJUDGED and DECREED* that: (1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor in accordance with this Modification Agreement.

_____
UNITED STATES BANKRUPTCY JUDGE
cmr

Case administrator to serve:
    Debtor
    Counsel for Debtor
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

FILED
8/2/23 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                      Case No. 18-20912-CMB

Jessica N. Cyphert                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

**Recip ID**              **Recipient Name and Address**
db                  + Jessica N. Cyphert, 1107 Surrey Lane, Vandergrift, PA 15690-6047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:**

**Name**                     **Email Address**

Brian Nicholas
        on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com

Brian Nicholas
        on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
        on behalf of Debtor Jessica N. Cyphert shawn@shawnwrightlaw.com

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Aug 02, 2023                       Form ID: pdf900                           Total Noticed: 1

wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 6