IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Emily A. Steigerwald, | ) | Case No. 23-10130-JCM |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| Emily A. Steigerwald, | ) | Related to Docket No. 100 |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**ORDER OF COURT**

AND NOW, to wit, this __31st__ day of __December__, 202_4_, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Emily A. Steigerwald, is hereby granted an extension until January 29, 2025 to respond to the Trustee's Certificate of Default, provide proof of payment and file an amended Chapter 13 Plan or Stipulated Order Modifying Plan.

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
12/31/24 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                   Case No. 23-10130-JCM
Emily A. Steigerwald                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                                  User: auto                                               Page 1 of 2
Date Rcvd: Dec 31, 2024                             Form ID: pdf900                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2025:**

**Recip ID**             **Recipient Name and Address**
db                     +  Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2025                                  Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2024 at the address(es) listed below:**

**Name**                           **Email Address**

Denise Carlon
                                   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Lauren M. Lamb
                                   on behalf of Debtor Emily A. Steigerwald
                                   julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
                                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                   cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
                                   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Dec 31, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 5