IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Emily A. Steigerwald, | ) | Case No. 23-10130-JCM |
|    Debtor. | ) | Chapter 13 |
| | ) | |
| Emily A. Steigerwald, | ) | Related to Docket No(s). 104 |
|    Movant, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| No Respondent(s). | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

     I, the undersigned, hereby certify that on January 31, 2025, a true and correct copy of the *January 30, 2025 Order scheduling Date for Response and Hearing on Motion* was served by the following methods upon the following persons and parties:

Office of the US Trustee
*VIA ECF Mail*

Ronda J. Winnecour-Chapter 13 Trustee
*VIA ECF MAIL*

Emily A. Steigerwald
*VIA E-Mail*


Date of Service: January 31, 2025          /s/Lauren M. Lamb_____
                                                          Lauren M. Lamb, Esquire
                                                          Attorney for the Debtor
                                                          Steidl & Steinberg, P.C.
                                                          436 Seventh Avenue, Suite 322
                                                          Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          llamb@steidl-steinberg.com
                                                          PA I.D. No. 209201