IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Emily A. Steigerwald, | ) | Bankruptcy No. 23-10130-JCM |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 103-104 |
| Emily A. Steigerwald, | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | February 18, 2025 at 1:30PM |
| vs. | ) | |
| | ) | |
| No Respondents, | ) | |
|     Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING SECOND MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Second Motion to Extend Time to Respond to Trustee's Certificate of Default Requesting Dismissal of Case filed on January 29, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Second Motion to Extend Time to Respond to Trustee's Certificate of Default Requesting Dismissal of Case appears thereon. Pursuant to the Notice of Hearing, objections for Second Motion to Extend Time to Respond to Trustee's Certificate of Default Requesting Dismissal of Case were to be filed and served no later than February 14, 2025.

    It is hereby respectfully requested that the Order attached to the Second Motion to Extend Time to Respond to Trustee's Certificate of Default Requesting Dismissal of Case be entered by the Court.

    Respectfully submitted,

February 17, 2025  
Date:

/s/Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor  
STEIDL & STEINBERG  
436 Seventh Avenue  
Suite 322, Koppers Building  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I. D. No. 209201  
llamb@steidl-steinberg.com