IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-10130-JCM |
| | : | | |
| Emily A. Steigerwald | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/18/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**   #103 Second Motion to Extend Time To Respond To Trustee's Certificate of Default Requesting Dismissal of Case

**APPEARANCES:**

   Debtor: Lauren M. Lamb
   Trustee: Ronda J. Winnecour

**NOTES:**

Lamb:   Initially whenever I filed the first motion to extend the Debtor was anticipating to be gifted a lump sum of money from a family member. Apparently it was just a good friend of the family. She is still hopeful she will be gifted that money. She is also hoping between her long term disability and the assistance of her mother she will be able to make the payment required by the Trustee's Certificate of Default. I do not know why she has not made a payment since November.

J.:   Her last payment was in September of $553. I will give the Debtor thirty days to make the payment and any future failure to make a plan payment will result in the immediate dismissal of the case.

**OUTCOME:**   Chambers to issue order.

SIGNED
2/18/25 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA