UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Emily A Steigerwald | CHAPTER: 13 |
| 2169 S Manor Dr | CASE NUMBER: 23-10130 |
| Erie, PA 16505 | CLAIM AMOUNT: $1501.36 |

Debtors.
_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim 6-2, filed 6/16/2025, in the amount of $1501.36.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 30th day of June, 2025.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Emily A Steigerwald<br>2169 S Manor Dr<br>Erie, PA 16505 |
| Debtor's Attorney: | Lauren Lamb<br>436 7th Ave. Suite 322<br>Pittsburgh, PA 15219 |
| Chapter 13 Trustee: | Ronda Winnecour<br>600 Grant St Suite 3250<br>Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 30th day of June, 2025.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314