IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Emily A. Steigerwald, | ) | Bankruptcy No. 23-10130-JCM |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 118-119 |
| Emily A. Steigerwald, | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | September 23, 2025 at 1:30PM |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR'S WORKERS' COMPENSATION CLAIM AND TERMINATE EMPLOYMENT OF PRIOR SPECIAL COUNSEL

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtor's Workers' Compensation Claim and Terminate Employment of Prior Special Counsel filed on August 12, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtor's Workers' Compensation Claim and Terminate Employment of Prior Special Counsel appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Special Counsel for Debtor's Workers' Compensation Claim and Terminate Employment of Prior Special Counsel were to be filed and served no later than August 29 , 2025.

    It is hereby respectfully requested that the Order attached to the Application to Employ Special Counsel for Debtor's Workers' Compensation Claim and Terminate Employment of Prior Special Counsel be entered by the Court.

    Respectfully submitted,

September 2, 2025      /s/Lauren M. Lamb
Date:      Lauren M. Lamb, Esquire
     Steidl & Steinberg, P.C.
     436 Seventh Avenue, Suite 322
     Pittsburgh, PA  15219
     (412) 391-8000
     PA I. D. No. 209201
     llamb@steidl-steinberg.com