IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| Emily A. Steigerwald, ) | Case No. 23-10130-JCM |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Related to Docket No(s). 123 |
| Emily A. Steigerwald, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| | |
| Respondent(s). | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 5, 2025, a true and correct copy of the *ORDER EMPLOYING SPECIAL COUNSEL* was served by Regular First-Class U.S. Mail, postage prepaid, upon the following persons and parties, unless otherwise noted:

Ronda J. Winnecour, Chapter 13 Trustee - Via ECF mail

Peter Pentz, Esquire - Via email to petep@pentzlaw.com

Charbel G. Latouf, Esquire
Latouf Law Firm
2409 State Street, Floor 2 Suite A
Erie, PA 16503


Date of Service: September 5, 2025        /s/Lauren M. Lamb
                                                 Lauren M. Lamb, Esquire
                                                 Steidl & Steinberg, P.C.
                                                 436 Seventh Avenue, Suite 322
                                                 Pittsburgh, PA  15219
                                                 (412) 391-8000
                                                 PA I. D. No. 209201
                                                 llamb@steidl-steinberg.com