**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EMILY A. STEIGERWALD                          Case No.:23-10130

        Debtor(s)

Ronda J. Winnecour                             Document No.:
        Movant
      vs.
No Respondents.

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/16/2023  and confirmed on 09/06/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,247.32 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,242.32 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,459.83 | |
| Trustee Fee | 1,257.44 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,717.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PNC BANK NA | 0.00 | 9,635.82 | 0.00 | 9,635.82 |
| Acct: 0566 | | | | |
| PNC BANK NA | 16,449.13 | 0.00 | 0.00 | 0.00 |
| Acct: 0566 | | | | |
| ERIE WATER WORKS* | 810.01 | 0.00 | 0.00 | 0.00 |
| Acct: 1110 | | | | |
| PATRICK BRINKER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2018 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 7,447.43 | 6,458.48 | 430.75 | 6,889.23 |
| Acct: 9733 | | | | |
| | | | | 16,525.05 |
| Priority | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMILY A. STEIGERWALD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMILY A. STEIGERWALD | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |

23-10130 **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 4,400.00 | 3,459.83 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 4,863.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1963 | | | | |
| PNC BANK NA | 725.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0566 | | | | |
| PNC BANK NA | 556.66 | 0.00 | 0.00 | 0.00 |
| Acct: 0566 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8706 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8709 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 331.91 | 0.00 | 0.00 | 0.00 |
| Acct: 5174 | | | | |
| INTERNAL REVENUE SERVICE* | 973.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1963 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 20,228.66 | 0.00 | 0.00 | 0.00 |
| Acct: 9733 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| NATIONAL FUEL GAS DISTRIBUTION COR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7705 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS 16,525.05

TOTAL CLAIMED
PRIORITY 6,144.66
SECURED 24,706.57
UNSECURED 21.533.57

Date: 10/02/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com