**Fill in this information to identify the case**

**Debtor 1** Emily A. Steigerwald

**Debtor 2**
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** **WESTERN** District of **PENNSYLVANIA**
**(State)**

**Case number** 23-10130

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, National Association       **Court claim no.** (if known): **3**

**Last four digits** of any number you use to identify the debtor's account:    **0566**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| | POC 410A Form | 4/10/2023 | | $ 250.00 |
| | Notice of Post Petition Fees | 5/11/2023 | | $ 150.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 3/31/2023, 4/10/2023, 4/11/2023 | (5) | $ 475.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. | Other. Specify: _____ | | (11) | $ |
| 12. | Other. Specify: _____ | | (12) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 ____Emily A. Steigerwald_____  Case number (if known) 23-10130_____
        First Name       Middle Name       Last Name

## Part 2: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** __/s/Stephen R. Franks_____     Date __05/12/2023__
    Signature

Print:     Stephen R. Franks                            Title   Authorized Agent for Creditor
Title      Authorized Agent for Creditor
Company   Manley Deas Kochalski LLC
Address   P.O. Box 165028
            Number       Street
            Columbus, OH  43216-5028
            City              State     ZIP Code

Contact phone   614-220-5611                 Email   amps@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-10130 |
| **Emily A. Steigerwald** | : Chapter 13 |
| | : Judge Carlota M. Bohm |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Emily A. Steigerwald** | : |
| **Ronda J. Winnecour** | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __05/12/2023__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __05/12/2023__

By: __/s/Stephen R. Franks__
Signature
__Stephen R. Franks, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__0075345__
List Bar I.D. and State of Admission

23-007407_AJR1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Lauren M. Lamb, Attorney for Debtor, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA  15219, llamb@steidl-steinberg.com (notified by ecf)

Emily A. Steigerwald, Debtor, 2169 South Manor Drive, Erie, PA  16505 (notified by regular US Mail)

23-007407_AJR1